In the Matter of the Claim of Ruth Katherine Boyd, Respondent, against Young Women's Christian Association and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.